# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-140-BLG-WWM |
| Plaintiff, | |
| vs. | ORDER |
| JULIA LEIGH BLACKMAN, | |
| Defendant. | |

Upon Defendant's Unopposed Motion to Extend Deadline to File Motion to Change Plea and Motion to Continue Deadlines filed by Defendant (Doc. 16) and for good cause appearing,

**IT IS HEREBY ORDERED** that the deadline to file a Motion to Change Plea or Motion to Continue Trial will be extended to include the 6th day of February, 2026.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 2nd day of February, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE